SANDS v. STATE. (No. 7052.) (Court of Criminal Appeals of Texas. May 10, 1922.) Appeal from District Court, Kaufman County; Joel R. Bond, Judge. Harrison Sands was convicted of murder, and he appeals. Appeal dismissed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for murder. Punishment is 10 years' confinement in the penitentiary. Appellant has filed his personal affidavit with the clerk of this court, requesting permission to withdraw his appeal. The affidavit being in proper form, the motion is granted, and the appeal is dismissed upon said affidavit.

---

WILLIAMS v. STATE. (No. 6385.) (Court of Criminal Appeals of Texas. May 10, 1922.) Appeal from Dallas County Court at Law; T. A. Work, Judge. Roby Williams was fined for an alleged violation of a city segregation ordinance, and he appeals. Appeal dismissed. William H. Atwell, of Dallas, for appellant. Jas. J. Collins, City Atty., Carl B. Callaway, and Allen Charlton, all of Dallas, and R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was filed $150 for an alleged violation of what is known as the "segregation ordinance" of the city of Dallas. There has been filed a request from appellant that the appeal be abated. The request is granted, and the appeal is dismissed.

---

MINEOLA COMPRESS CO. et al. v. FARMERS' STATE BANK OF MINEOLA. (No. 2568.) (Court of Civil Appeals of Texas. Texarkana. May 4, 1922.) Appeal from District Court, Wood County; J. R. Warren, Judge. Action by the Farmers' State Bank of Mineola against the Mineola Compress Company and others. From a judgment for plaintiff, defendants appeal. Reversed and remanded. M. D. Carlock, of Winnsboro, for appellants. Jones & Jones, of Mineola, for appellee.

LEVY, J. The appellee brought the suit against the Mineola Compress Company, a corporation, and Rash, Brin & Co., a copartnership, for the conversion of five bales of cotton. The defendants plead general denial. In a trial before the court without a jury, a judgment was entered in favor of the plaintiff. After a careful consideration of the record, we conclude that the appellants' contention should be sustained that the evidence is insufficient to support a judgment for conversion. It is fully established that the appellee has lost the five bales of cotton, but the evidence does not sufficiently show that these appellants converted it. In view of another trial, the evidence is not discussed or further set out. The judgment is reversed, and the cause remanded.